UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

FILED

OCT 09 2018

Clerk, U. S. District Court
Eastern District of Tennessee
At Greeneville

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) 2:18-CR-140 |
| v. | ) JUDGE Greer |
| | ) |
| ANDREW ASSAD, | ) TO BE SEALED |
| PETER BOLOS, | ) |
| MICHAEL PALSO, | ) |
| SYNERGY PHARMACY SERVICES INC., | ) |
| PRECISION PHARMACY MANAGEMENT LLC, | ) |
| LARRY EVERETT SMITH, | ) |
| ALPHA-OMEGA PHARMACY LLC, | ) |
| GERMAINE PHARMACY INC., | ) |
| ERX CONSULTANTS LLC | ) |
|    dba ZOETIC PHARMACY, | ) |
| TANITH ENTERPRISES LLC | ) |
|    dba MEDVEST MANAGEMENT SERVICES, | ) |
|       and | ) |
| ULD WHOLESALE GROUP LLC | ) |

## MOTION TO SEAL

COMES NOW, the United States of America, by and through the United States Attorney for the Eastern District of Tennessee, and hereby moves to seal all documents in this case, including the Motion to Seal, until such time as the defendants have made an initial appearance before the court, at which time the file may be unsealed unless the court otherwise orders. The sealing of this file should not prevent disclosure of the indictment to duly authorized law enforcement officers or the United States Marshals for purposes of arrest or apprehension of the named defendants.

Respectfully submitted, this the 9th day of October, 2018,

J. DOUGLAS OVERBEY
United States Attorney

BY: *s/Timothy C. Harker*
Timothy C. Harker
Assistant U.S. Attorney

BY: *s/David L. Gunn*
David L. Gunn
Assistant U.S. Attorney