UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 2:18-CR-140 |
| ) | JUDGE GREER |
| ANDREW ASSAD, ) | |
| PETER BOLOS, ) | |
| MICHAEL PALSO, ) | |
| SYNERGY PHARMACY SERVICES INC., ) | |
| PRECISION PHARMACY MANAGEMENT LLC, ) | |
| LARRY EVERETT SMITH, ) | |
| ALPHA-OMEGA PHARMACY LLC, ) | |
| GERMAINE PHARMACY INC., ) | |
| ERX CONSULTANTS LLC ) | |
|    dba ZOETIC PHARMACY, ) | |
| TANITH ENTERPRISES LLC ) | |
|    dba MEDVEST MANAGEMENT SERVICES, ) | |
|    and ) | |
| ULD WHOLESALE GROUP LLC ) | |

## UNSEALING ORDER

Upon Motion of the United States Attorney and it appearing that the reasons for sealing all documents in this matter no longer exist, it is hereby ORDERED that the Clerk unseal the above-styled case and all documents heretofore filed in this case.

ENTERED this 11th day of October, 2018

_____
CLIFTON L. CORKER
UNITED STATES MAGISTRATE JUDGE